# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157544(58)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MICHAEL RENE GARRETT,
    Defendant-Appellant.

_____/

SC: 157544
COA: 341352
Wayne CC: 05-002715-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a supplement to the application for leave to appeal is GRANTED. The supplement submitted on May 7, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2018



Clerk